IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:21-CV-567-WHA-CSC |
| LISA CAUTHERN, | ) |
| Defendant. | ) |

**O R D E R**

On December 15, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 6. There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 6) is ADOPTED.

2. This case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 4th day of January 2022.

                    /s/ W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE